UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAMILLE TAYLOR,

        Plaintiff,

v.

PO SHANITA MOORE,
PO MICHAEL CARDENAS, and
CITY OF DETROIT,

        Defendants.
_____/

Case No. 23-cv-11692

Paul D. Borman
United States District Judge

## ORDER FOR PLAINTIFF TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE PURSUANT TO FED. R. CIV. P. 41(b) AND E.D. MICH. LR 41.2

Plaintiff Camille Taylor filed this action on July 14, 2023, against Detroit Police Officer Shanita Moore, Detroit Police Officer Michael Cardenas, and the City of Detroit. (ECF No. 1, Compl.) Summonses were issued for all defendants on July 18, 2023, but were never served before the summonses expired on October 12, 2023. (ECF No. 2, Summonses.)

On October 30, 2023, the Court issued an Order for Plaintiff to show cause why this case should not be dismissed due to Plaintiff's failure to prosecute. (ECF No. 3, Show Cause Order.) Plaintiff filed a response on November 13, 2023. (ECF No. 4.)

After receiving Plaintiff's response, this Court entered an Order finding the Court's Order to Show Cause satisfied on November 16, 2023. (ECF No. 5, Order.) The Order further granted Plaintiff's request for an order extending the time to serve the summonses and complaint and for reissued summonses and ordered that **"Plaintiff shall submit new summonses to the Clerk's Office for issuance. The summonses shall expire on January 16, 2024."** (*Id.* (emphasis in original).)

Plaintiff has failed to obtain new summonses from the Clerk's Office or take any other action in this case.

Accordingly, the Court **ORDERS** Plaintiff to show cause, on or before **February 26, 2024**, why this case should not be dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b) and E.D. Mich. LR 41.2. **Failure to respond to this show cause order may result in dismissal of the case.**

IT IS SO ORDERED.

Dated: February 12, 2024    s/ Paul D. Borman
                             Paul D. Borman
                             United States District Judge